AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| United States of America | ) |
| v. | ) |
| Anthony Cooper | ) Case No: Criminal No. 00-99 |
| | ) USM No: 06962-068 |
| Date of Previous Judgment: 10/04/2001 | ) Jay J. Finkelstein |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of October 4, 2001 months is reduced to _86 months_.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | 22 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 92 to 115 months | Amended Guideline Range: | 77 to 96 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 10/04/2001 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5/23/08

_William L. Standish_
Judge's signature

Effective Date: _____
(if different from order date)

_____
Printed name and title